**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 447 EAL 2018

           Respondent         :

                             :  Petition for Allowance of Appeal from
                             :  the **Unpublished Memorandum and**
          v.                  :  **Order** of the Superior Court at No.
                             :  2533 EDA 2017 entered on August
                             :  27, 2018, **reversing and remanding**
MARQUISE L. DAVIS,            :  the Order of the Philadelphia County
                             :  Court of Common Pleas at No. CP-51-
           Petitioner        :  CR-0004903-2016 entered on July 18,
                             :  2017


## <u>ORDER</u>


**PER CURIAM**

      **AND NOW**, this 17th day of May, 2019, the Petition for Allowance of Appeal is **GRANTED**, the decision of the Superior Court is **REVERSED,** and the order of the Court of Common Pleas is **REINSTATED** in accordance with this Court's opinion in *Commonwealth v. Perfetto*, 7 EAP 2018.